# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MIRZA KUNJUNDZIC,<br><br>        Defendant | Case No.: 1:21-mj-00078-RMM-1<br><br>**NOTICE OF APPEARANCE** |

*Et modo ad hunc diem* please enter the appearance of the undersigned as counsel for the defendant.  Designation CJA Appointment.

Dated: January 28, 2021

                              Respectfully submitted,

                              _____
                              Joseph R. Conte, Bar #366827
                              Counsel for Andrew Hatley
                              Law Office of J.R. Conte
                              400 Seventh St., N.W., #206
                              Washington, D.C. 20004
                              Phone: 202.638.4100
                              Fax:          202.628.0249
                              E-mail:     dcgunlaw@gmail.com

Notice of Appearance
U.S. v. HATLEY; Cr. #1:21-mj-00078-RMM-1

Page -1-

APPEARANCE 21/01/28 16:53:37

Law Office of Joseph R. Conte
400 Seventh St., N.W. #206
Washington, D.C. 20004
202.638.4100
dcgunlaw@gmail.com