# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANDREW HATLEY,<br><br>               Defendant. | Case No.: 1:21-cr-00098 TFH-1<br><br>**UNOPPOSED MOTINON TO CONVERT PLEA HEARING TO A STATUS HEARING** |

COMES NOW, Andrew Hatley through counsel to respectfully request this honorable court to convert the hearing on Tuesday, July 20, 2021, from a plea hearing to a status hearing. As grounds for this motion counsel would state:

1. The hearing on July 20, 2021, was set as a plea hearing.

2. The defendant is a long-distance truck driver with limited access to a computer.

3. Prior to entering a plea the defendant requested that he be shown certain videos of the events of January 6, 2021.

4. Because of the defendant's limited access to a computer counsel has been unable to show the videos to the defendant.

5. The government does not oppose this motion.

WHEREFORE, counsel respectfully requests that the hearing be converted to a status hearing.

Dated: July 16, 2021

| | | |
|---|---|---|
| *United States v. Andrew Hatley*<br>Case No. 1:21-mj-00078<br><br>Motion to Convert Plea Hearing to a<br>Status Hearing Page No. 1<br><br>CONVERT 21/07/16 06:39:53 | | Joseph R. Conte<br>Law Office of J.R. Conte<br>400 Seventh St., N.W., #206<br>Washington, D.C. 20004<br>Phone: 202.638.4100<br>Email: dcgunlaw@gmail.com |

        Respectfully submitted,

        _____
Joseph R. Conte
Counsel for Andrew Hatley
400 Seventh St., N.W., #206
Washington, D.C. 20004
Phone:     202.638.4100
Fax:       202.628.0249
Email:   dcgunlaw@gmail.com