# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANDREW HATLEY,<br>              Defendant. | Case No.: 1:21-cr-00098 TFH-1<br><br>**UNOPPOSED MOTINON TO CONVERT STATUS HEARING TO A PLEA HEARING** |

      NOW, Andrew Hatley through counsel to respectfully request this honorable court to convert the hearing on Tuesday, September 14, 2021, from a status hearing to a plea hearing.  As grounds for this motion counsel would state:

      1.  The hearing on September 14, 2021, was set as a status hearing.

      2.  The defendant has signed the government's plea agreement and is prepared to enter his plea on September 14, 2021.

      3.  The government does not oppose this motion.

      WHEREFORE, counsel respectfully requests that the hearing be converted to a plea hearing.

Dated:  August 2, 2021

| | |
|---|---|
| *United States v. Andrew Hatley*<br>Case No. 1:21-mj-00078<br><br>Motion to Convert Status Hearing to a<br>Plea Hearing Page No. 1<br><br>CONVERT2 21/08/02 07:46:31 | Joseph R. Conte<br>Law Office of J.R. Conte<br>400 Seventh St., N.W., #206<br>Washington, D.C. 20004<br>Phone:  202.638.4100<br>Email:  dcgunlaw@gmail.com |

          Respectfully submitted,

          _____
          Joseph R. Conte
          Counsel for Andrew Hatley
          400 Seventh St., N.W., #206
          Washington, D.C. 20004
          Phone:     202.638.4100
          Fax:       202.628.0249
          Email:   dcgunlaw@gmail.com