# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ANDREW HATLEY,<br><br>               Defendant. | Case No.: 1:21-cr-00098 TFH-1<br><br>**NOTICE OF FILING** |

      COMES NOW, Andrew Hatley, through counsel to file with the court the jury trial waiver with attached email from the defendant consenting to the jury waiver, in anticipation of the defendant's guilty plea currently scheduled for September 14, 2021.

Dated: August 30, 2021

 

                                                                                         Joseph R. Conte
                                                                                         Counsel for Andrew Hatley
                                                                                         Law Office of J. R. Conte
                                                                                         400 Seventh St., N.W., #206
                                                                                          Washington, D.C. 20004
                                                                                          Phone:      202.638.4100
                                                                                          Fax:         202.628.0249
                                                                                          Email:  dcgunlaw@gmail.com

| | | |
|---|---|---|
| *United States v. Andrew Hatley*<br>Case No. 1:21-cr-00098 TFH-1<br>Notice of Filing Page No. 1<br><br>FILING 20210830 21/08/30 06:39:18 | | Joseph R. Conte<br>Law Office of J.R. Conte<br>400 Seventh St., N.W., #206<br>Washington, D.C. 20004<br>Phone: 202.638.4100<br>Email: dcgunlaw@gmail.com |